SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
GIANNA SEGRETTI, Cal. Bar No. 323645
KORAY ERBASI, Cal. Bar No. 332877
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947
Email     okatz@sheppardmullin.com
             gsegretti@sheppardmullin.com
             kerbasi@sheppardmullin.com

[Proposed] Attorneys for
Debtor and Debtor in Possession

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MISEN INC.<br><br>     Debtor and<br>     Debtor in Possession | Case No. 23-50767<br>Chapter 11 Proceeding<br><br>**CORRECTED NOTICE OF HEARING ON CONFIRMATION OF DEBTOR'S AMENDED PLAN OF REORGANIZATION DATED AUGUST 1, 2023**<br><br>Date: **September 5, 2023**<br>Time: 9:30 a.m.<br>Place: United States Courthouse,<br>       Room 3035<br>       280 South First Street<br>       San Jose, CA 95113-3009<br>Judge: The Hon. Stephen L. Johnson<br>       Courtroom 9 |

**TO THE UNITED STATES BANKRUPTCY COURT, TIM NELSON, THE DULY APPOINTED SUBCHAPTER V TRUSTEE IN THIS CASE, THE OFFICE OF THE UNITED STATES TRUSTEE, CREDITORS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on August 1, 2023, Misen Inc. ("Misen" or the "Debtor") the debtor and debtor in possession in the above-captioned case filed *Debtor Misen Inc.'s First Amended Plan of Reorganization, Dated August 1, 2023* (the "Plan").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider final approval of the disclosures in the Plan and to consider confirmation of the Plan will be held before the Honorable Stephen L. Johnson, Judge of the United States Bankruptcy Court, Northern District of California, in Courtroom 9 of the San Jose Division of the United States Bankruptcy Court for the Northern District of California located at 280 South First Street, San Jose, California 95113-3009, Room 3035 on **September 5, 2023, at 9:30 a.m.** (the "Hearing").[1]

**PLEASE TAKE FURTHER NOTICE** that **August 29, 2023, at 4:00 p.m.**, has been fixed as the last day for submitting all ballots ("Ballots") containing written acceptances or rejections of the Plan, and for filing and serving written objections ("Objections") to final approval and confirmation of the Plan. ***All Ballots and Objections must be received by the Debtor's counsel no later than 4:00 p.m. on August 29, 2023***, and may be submitted to the Debtor's counsel by mail, facsimile, or email at the following address:

> Sheppard, Mullin, Richter & Hampton LLP
> Four Embarcadero Center, 17th Floor
> San Francisco, California 94111
> Attn: Koray Erbasi, Esq.
> Facsimile: (415) 434-3947
> Email: kerbasi@sheppardmullin.com

**PLEASE TAKE FURTHER NOTICE** that your rights may be affected by the Plan. You should read the Plan carefully and you may want to discuss it with your attorney. A copy of the

---

[1] The previous *Notice of Hearing on Confirmation of Debtor Misen Inc.'s First Amended Plan of Reorganization, Dated August 1, 2023* [Docket No. 43] filed on August 1, 2023 erroneously listed the date of the Hearing as September 5, 2022.

Plan is available on PACER or by contacting Koray Erbasi at (415) 774-2937, or by email at kerbasi@sheppardmullin.com.

Dated: August 3, 2023

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By        */s/ Ori Katz*
ORI KATZ
GIANNA SEGRETTI
KORAY ERBASI

[Proposed] Attorneys for Debtor and Debtor in Possession

Case: 23-50767 Doc# 47 Filed: 08/03/23 Entered: 08/03/23 13:40:22 Page 3 of 3
SMRH:4877-7935-0133.1     CORRECTED NOTICE OF PLAN CONFIRMATION HEARING