Form ODTV

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re:   Misen Inc. | Case No.: 23–50767 SLJ 11 |
|          Debtor(s) | Chapter: 11 |

## ORDER DISCHARGING SUBCHAPTER V TRUSTEE

Having performed all duties required of the Trustee in the administration of the above–captioned case;  Timothy Nelson is discharged as the Subchapter V Trustee of the estate of the above named Debtor(s), and the trustee bond is canceled.

Dated: <u>3/19/24</u>                              By the Court:

                                        Stephen L. Johnson
                                        United States Bankruptcy Judge