# Notice Recipients

District/Off: 0971−5          User: admin          Date Created: 3/19/2024
Case: 23−50767          Form ID: ODTV          Total: 7

**Recipients of Notice of Electronic Filing:**
ust          Office of the U.S. Trustee / SJ          USTPRegion17.SJ.ECF@usdoj.gov
tr          Timothy Nelson          tnelson@encpas.com
aty          Gregory S. Powell          greg.powell@usdoj.gov
aty          Ori Katz          okatz@sheppardmullin.com
aty          Phillip John Shine          phillip.shine@usdoj.gov
aty          Timothy Nelson          tnelson@encpas.com

                                                            TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Misen Inc.          760 Newhall Drive #1152          San Jose, CA 95110

                                                            TOTAL: 1